IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                        Case No. 09-cv-55

BRIAN SHOVER,

        Defendant.

---

## ENTRY OF DEFAULT

Plaintiff requests that the Clerk of Court enter default against defendant Brian Shover, pursuant to Federal Rule of Civil Procedure 55(a). It appearing from the record that defendant has failed to appear, plead or otherwise defend, the default of defendant Brian Shover is hereby entered pursuant to Federal Rule of Civil Procedure 55(a).

Dated this 22d day of April, 2009.

                                                        Peter Oppeneer, Clerk of Court