IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                     Case No. 09-cv-55

BRIAN SHOVER,

    Defendant.

## DEFAULT JUDGMENT

It appearing by the declaration of counsel for the plaintiff that the defendant has failed to appear, plead, or otherwise defend as provided in the Federal Rules of Civil Procedure, the defendant's default is hereby entered.

A default having been entered against the defendant, and counsel for the plaintiff having requested judgment against the defaulted defendant and having filed a proper declaration in accordance with Rule 55 of the Federal Rules of Civil Procedure;

Judgment is rendered in favor of plaintiff, United States of America, and against the defendant, Brian Shover, as follows:

| | |
|---|---|
| Principal | $2,780.35 |
| Interest through October 9, 2008 | $2,726.92 |
| Interest from October 10, 2008 through April 20, 2009 | $ 117.73 |
| TOTAL | $5,625.00 |

together with interest there on at the rate of 8% per annum until the date judgment is entered, a civil filing fee of $350.00, plus interest on the judgment at the legal rate until

satisfaction of the debt, and for all future fees, costs, and disbursements.

Approved as to form this ___4th___ day of May, 2009.

_____
BARBARA B. CRABB
United States District Judge


Judgment entered this ___5th___ day of May, 2009.

_____
PETER OPPENEER
Clerk of Court